People v Ramsey (2025 NY Slip Op 04492)

People v Ramsey

2025 NY Slip Op 04492

Decided on July 30, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 30, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

LARA J. GENOVESI, J.P.
ROBERT J. MILLER
WILLIAM G. FORD
LOURDES M. VENTURA, JJ.

2005-07217
 (Ind. No. 2727/03)

[*1]The People of the State of New York, respondent,
v
Malik Ramsey, appellant.

Malik Ramsey, Moravia, NY, appellant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Ronald Eniclerico of counsel), for respondent.
Patricia Pazner, New York, NY (Kathleen Whooley of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 19, 2008 (People v Ramsey, 48 AD3d 709), affirming a judgment of the Supreme Court, Queens County, rendered July 13, 2005.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
GENOVESI, J.P., MILLER, FORD and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court